

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-14-00218-CR

---

IN RE:  RICKEY ALLEN TURNER

---

Original Mandamus Proceeding

---

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

# MEMORANDUM OPINION

Rickey Allen Turner, proceeding pro se, has filed a petition for writ of mandamus seeking to compel the trial court to rule on a motion for judgment nunc pro tunc allegedly filed in September 2014 for the purpose of correcting "the inaccuracies and deficiencies in [Turner's] time credit."

It is Turner's burden to properly request and show entitlement to mandamus relief. *Barnes v. State*, 832 S.W.2d 424, 426 (Tex. App.—Houston [1st Dist.] 1992, orig. proceeding) (per curiam) ("Even a pro se applicant for a writ of mandamus must show himself entitled to the extraordinary relief he seeks."). In addition to other requirements, Turner must include a statement of facts supported by citations to "competent evidence included in the appendix or record" and must also provide "a clear and concise argument for the contentions made, with appropriate citations to authorities and to the appendix or record." *See generally* TEX. R. APP. P. 52.3. In this regard, a relator is required to file a certified or sworn copy of every document that is material to his claim for relief. *See* TEX. R. APP. P. 52.3(k), 52.7(a).

Turner has failed to provide this Court with any portion of a record or any document supporting his petition for writ of mandamus. There is nothing indicating that his motion for judgment nunc pro tunc was actually filed and brought to the trial court's attention.

Accordingly, Turner's petition for writ of mandamus is denied.


                                          Jack Carter
                                          Justice

Date Submitted:      December 16, 2014
Date Decided:        December 17, 2014

Do Not Publish